IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARQUS PATTON,<br><br>    Petitioner,<br><br>vs.<br><br>TAGGART BOYD, Warden of the Reception and Treatment Center; MIKE HILGERS, Nebraska Attorney General; and ROB JEFFREYS, Director of the Nebraska Department of Correctional Services,<br><br>    Respondents. | 8:20CV504<br><br>ORDER |

This matter comes before the Court on Petitioner's notices of appeal, Filing No. 30 and Filing No. 34, and motion for leave to proceed in forma pauperis, Filing No. 33. In accordance with Fed. R. App. P. 24(a), Petitioner is granted leave to proceed in forma pauperis on appeal.

IT IS ORDERED:

1. Petitioner's motion for leave to proceed in forma pauperis on appeal, Filing No. 33, is granted.

2. The clerk of the court is ordered to process Petitioner's appeal and to send a copy of the order containing the certificate of appealability, Filing No. 27, to the Eighth Circuit Court of Appeals.

Dated this 16th day of May, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge